

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2013

No. 04-12-00514-CV

**IN THE ESTATE OF CONSUELLA PERKINS ULBRICH, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-0686
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Appellant Douglas J. Ulbrich has filed a motion to transfer the original clerk's record. Appellant explains that on September 24, 2012, he filed a formal bill of exceptions with attachments, including the affidavit of Douglas J. Ulbrich identifying and authenticating 63 color photos depicting his exempt real and personal property. He states that on October 3, 2012, he filed a supplement to his formal bill of exceptions with attachments including an affidavit of Douglas J. Ulbrich identifying and authenticating a DVD recording of his statement. He states that on December 19, 2012, he filed a notice of filing of affidavits in support of his bill of exceptions. Thus, because the probate court has represented it cannot make copies of the originals, Appellant requests that we order the probate court clerk to file his original formal bill of exceptions, including attachments and original photographs, and his original supplement to his formal bill of exceptions, including the DVD recording. Appellant's motion is GRANTED.

The probate court clerk is ORDERED to file the original formal bill of exceptions filed by Douglas J. Ulbrich, including all attachments and original photographs, in this Court on or before **August 26, 2013**. The probate court clerk is also ORDERED to file the original supplement to the formal bill of exceptions filed by Douglas J. Ulbrich, including all attachments and original DVD recording, in this Court on or before **August 26, 2013**.

Further, the clerk's record filed in this appeal does not contain the probate court's Findings of Fact and Conclusions of Law, which was signed by the probate court on December 10, 2012. We ORDER the probate court clerk to file a supplemental clerk's record containing the probate court's Findings of Fact and Conclusions of Law on or before **August 26, 2013**. We also ORDER the probate court clerk to include in its supplemental clerk's record the notice of filing of affidavits in support of the bill of exceptions, including any affidavits attached, which appellant states was filed on December 19, 2012. Finally, Appellant represents that the probate court "refused" his formal bill of exceptions on December 14, 2012. The probate court clerk is

ORDERED to include in its supplemental clerk's record <u>any order by the probate court ruling on</u> <u>appellant's formal bill of exceptions</u>.

It is so **ORDERED** on August 15, 2013.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court